### 23106

The STATE, Respondent v. Roy F. HUNTER, Appellant.

(386 S. E. (2d) 460)

Supreme Court

Mitchell K. Byrd, Rock Hill, and S. C. Office of Appellate Defense, Columbia, for appellant.

Atty. Gen. T. Travis Medlock, Asst. Attys. Gen. Harold M. Coombs, Jr., and Amie L. Clifford, Columbia, and Sol. William L. Ferguson, York, for respondent.

Heard Nov. 1, 1989.

Decided Dec. 4, 1989.

CHANDLER, Justice:

---

[2] An exception to this rule occurs when an accused initiates further conversation.

Appellant Roy F. Hunter (Hunter) contends the State failed to produce certain evidence required by *Brady v. Maryland.*[1] We agree.

Prior to the call of the case, Hunter filed a *Brady* motion. During trial, it was revealed that the State had not disclosed all information to which he was entitled. The State's failure to comply with *Brady* mandates reversal and a new trial.

Reversed and remanded.

GREGORY, C. J., and HARWELL, FINNEY and TOAL, JJ., concur.

---

[1] 373 U. S. 83, 83 S. Ct., 1194, 10 L. Ed (2d) 215 (1963).